

**CINDRICH, R.**

v.

**FISHER, M., et al.**

440 MD 2010

Commonwealth Court of Pennsylvania.

10/25/2017

Allegheny County Civil Division, GD07–013717

Summary Judgment Granted

**S.W.**

v.

**DHS. (Sealed)**

347 CD 2017

Commonwealth Court of Pennsylvania.

10/25/2017

Department of Human Services, Bureau of Hearings and Appeals, 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

Affirmed

**VELAZCO, J.**

v.

**WCAB (LAND TECH ENTERPRISES)**

444 CD 2017

Commonwealth Court of Pennsylvania.

10/25/2017

Workers' Compensation Appeal Board, A16–0692

Affirmed

**KIATURKA, A.**

v.

**UCBR**

314 CD 2017

Commonwealth Court of Pennsylvania.

10/26/2017

Unemployment Compensation Board of Review, B–595101

Affirmed

